**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CATHERYNNE W. KENDRICK                                              PLAINTIFF
ADC # 708204

v.                              No. 4:08CV00359 JLH

JANE DOE, S.P., Pro Se Law Clerk,
United States District Court                                        DEFENDANT

## ORDER

The Court has reviewed the proposed findings and recommended disposition submitted by Magistrate Judge H. David Young (Document #12) recommending that plaintiff's motion for reconsideration be denied and the filed objections to the proposed findings and recommended disposition. After carefully considering these documents and making a *de novo* review of the relevant portions of the record in this case, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      Plaintiff's motion for reconsideration is denied.  Document #8.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 8th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE