**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| CATHERYNNE W. KENDRICK<br>ADC # 708204 | PLAINTIFF |
| v.   No. 4:08CV00359 JLH | |
| JANE DOE, S.P., *Pro Se* Law Clerk,<br>United States District Court | DEFENDANT |

## ORDER

Catherynne Kendrick's motion to dismiss this case as moot is denied as moot because the case has already been dismissed. Document #17. Catherynne Kendrick's motion for return of evidence is granted. The Clerk is directed to return to Ms. Kendrick the evidence that she has requested. Document #18.

IT IS SO ORDERED this 18th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE